Collins, Administrator, *v.* Farnsworth and Another.—In
error.

THE petition of an administrator to the Probate Court,
for an order to sell real estate of the intestate to pay debts, *Tuesday,*
need not contain a particular description of each of the debts; *February 8,*
a statement, in such case, of the aggregate amount of the 1848.
debts being sufficient. R. S. 1843, p. 527.

---

The State *v.* Kesler and Another.—In error.

A PERSON may be indicted, under sect. 7, ch. 53, R. S. *Tuesday,*
1843, for an assault and battery with intent to commit murder *February 8,*
in the second degree. 1848.

---

Doe, on the Demise of Calvert, *v.* Makepeace.—In error.

| 8b 575 |
| 130 392 |

THE cases of *Huff* v. *Gilbert,* 4 Blackf. 19, and *Spears* v. *Tuesday,*
*Clark,* 6 *id.* 167, as to bills of exceptions, were referred to *February 8,*
as being correctly decided. 1848.

Exceptions to a decision of the Court must be taken at the
time the decision is made; but the Court will allow a reason-
able time to settle and reduce the exceptions to form. R. S.
1843, p. 733 (1).

(1) "If the party intends to take a bill of exceptions, he should give notice to
the judge at the trial; and if he does not file it at the trial, he should move the
judge to assign a reasonable time within which he may file it. A practice to
sign it after the term must be understood to be a matter of consent between the
parties, unless the judge has made an express order in the term, allowing such a
period to prepare it." *Ex parte Bradstreet,* 4 Peters, 102. Acc. *Brown* v.
*Clarke,* 4 Howard, *U. S.* 4. See *Ind.* Stat. of 1848, p. 30, and of 1849, p. 21.